UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTERN METAL INDUSTRY PENSION FUND, BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND, as Administrator,<br><br>    Defendants. | CASE NO. 2:24-cv-99<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 17, 2024, the Court received an email from Plaintiff City of Tacoma asking why the Administrative Record is required to be filed under seal. Plaintiff sent a follow up email on May 20, 2024. Plaintiff did not copy opposing counsel on either email. The Court reminds Plaintiff that it must copy opposing counsel on all communications with the Court to avoid violating the rule against ex parte communications.

MINUTE ORDER - 1

The Court ORDERS the parties to meet and confer and file a joint status report advising the Court whether both parties agree to filing the Administrative Record publicly (i.e., not under seal) by May 30, 2024.

Dated this 20th day of May 2024.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2