THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN METAL INDUSTRY PENSION FUND and its BOARD OF TRUSTEES, as Administrator,<br><br>　　　　　Defendant. | No. 2:24-cv-00099-JNW<br><br>**JOINT STIPULATION AND ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**Noted for Tuesday, July 30, 2024** |

**PLEASE TAKE NOTICE** that Plaintiff City of Tacoma ("Plaintiff") and Defendant Western Metal Industry Pension Fund and its Board of Trustees ("Defendant") (collectively "the Parties") hereby stipulate as follows through their counsel of record.

WHEREAS, the Parties anticipate filing cross-motions for summary judgment;

WHEREAS, the current deadline to file dispositive motions for summary judgment is August 6, 2024;

WHEREAS, the Parties have met and conferred regarding a briefing schedule for their cross-motions for summary judgment pursuant to Section 5.8 of Judge Whitehead's Chambers Procedures.

**THEREFORE, THE PARTIES HEREBY STIPULATE** to the following briefing schedule for their cross-motions for summary judgment:

JOINT STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
(2:24-cv-00099-JNW) - 1
4881-4627-5017v.2 0020822-000021

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| Deadline | Brief | Word Limit |
|---|---|---|
| August 2, 2024 | Plaintiff files opening brief | 8,400 |
| August 30, 2024 | Defendant files its opening brief and opposition to Plaintiff's opening brief | 10,500 |
| September 27, 2024 | Plaintiff files its reply and opposition to Defendant's opening brief | 10,500 |
| October 11, 2024 | Defendant files its reply to Plaintiffs opposition | 4,200 |

**IT IS SO STIPULATED.**

DATED this 30th day of July, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff*

By      /s/ Richard J. Birmingham
         Richard J. Birmingham, WSBA #8685
         920 Fifth Avenue, Suite 3300
         Seattle, WA 98104-1610
         Telephone: 206-622-3150
         Fax: 206-757-7700
         E-mail: richbirmingham@dwt.com

BARLOW COUGHRAN MORALES & JOSEPHSON, P.S.
*Attorneys for Defendants*

**Via email authorization**

By      /s/ Les Coughran
         Les Coughran
         1325 Fourth Ave, Suite 910
         Seattle, WA 98101
         Telephone: 206-224-9900
         E-mail: lesc@bcmjlaw.com

JOINT STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
(2:24-cv-00099-JNW) - 2
4881-4627-5017v.2 0020822-000021

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

Having reviewed the Parties' Joint Stipulation regarding Cross-Motions for Summary Judgment Briefing Schedule, and good cause appearing, the following schedule is hereby ORDERED:

| Deadline | Brief | Word Limit |
|---|---|---|
| August 2, 2024 | Plaintiff files opening brief | 8,400 |
| August 30, 2024 | Defendant files its opening brief and opposition to Plaintiff's opening brief | 10,500 |
| September 27, 2024 | Plaintiff files its reply and opposition to Defendant's opening brief | 10,500 |
| October 11, 2024 | Defendant files its reply to Plaintiffs opposition | 4,200 |

**IT IS SO ORDERED.**

Dated: July 31, 2024.

Jamal N. Whitehead
United States District Judge

JOINT STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
(2:24-cv-00099-JNW) - 3
4881-4627-5017v.2 0020822-000021

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax